**Opinion issued June 23, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00171-CV

_____

**MPT OF VICTORY LAKES FCER, LLC, MPT OF ROSENBERG FCER, LLC, AND MPT OF KATY 1463 FCER, LLC, Appellants**

**V.**

**HOME ASSET, INC., D/B/A NEWQUEST PROPERTIES, A-S 85 VICTORY LAKES TOWN CENTER, L.P., VICTORY LAKES TOWN CENTER PARTNERSHIP 85, LP, BRAZOS TC SOUTH PARTNERSHIP A, L.P., AND A-S 117 SHOPS AT THE RESERVE, L.P., Appellees**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 22-DCV-293350**

---

## MEMORANDUM OPINION

The Court abated this appeal and referred the parties to mediation. The parties

were successful in reaching an agreement and have filed a joint motion to dismiss

the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). No opinion has issued. Accordingly, we lift the abatement, reinstate the appeal on the active docket, and grant the motion.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.